IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. KORNAFEL,   Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 20-CV-4503 |
| U.S. POSTAL SERVICE, *et al.*,   Defendants. | : : : | |

## ORDER

AND NOW, this 18th day of September, 2020, upon consideration of Plaintiff Stanley E. Kornafel's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. The Complaint is **DEEMED** filed.

2. The Complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to close this case.

4. No later than fourteen days from the date of the mailing of this Order, Kornafel shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages stating why the Court should not enjoin him from filing any more civil actions concerning the identical, untimely allegations he has raised in this case as well as *Kornafel v. U.S. Postal Serv.*, Civ. A. No. 19-2292; *Kornafel v. U.S. Postal Serv.*, Civ. A. No. 99-6416; *Kornafel v. United States*, Civ. A. No. 00-3250; *Kornafel v. U.S. Government*, Civ. A. No. 96-7436; and *Kornafel v. U.S. Government*, Civ. A. No. 95-6670; namely that the litigation and settlement of a March 11, 1992 motor vehicle accident involving a postal service vehicle resulted in an abuse of process, deceit, bias, and other irregularities.

5. Should Kornafel fail to file a Response as directed by Paragraph 4, the Court shall without any further notice enter an order enjoining Kornafel from filing any future similar lawsuits without prior permission of the Court.

**BY THE COURT:**

**/s/ C. Darnell Jones, II**
**C. Darnell Jones, II  J.**