IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. KORNAFEL,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 20-CV-4503 |
| U.S. POSTAL SERVICE, *et al.*,<br>    Defendants. | : <br> : <br> : | |

## ORDER

AND NOW, this 5th day of October 2020, upon consideration of Plaintiff Stanley E. Kornafel's Response to Show Cause Order (ECF No. 5), and for the reasons stated in the attached Memorandum, it is **ORDERED** that:

1.  Kornafel is **ENJOINED** from filing any civil actions concerning the identical, untimely allegations he has raised in this case as well as *Kornafel v. U.S. Postal Serv.*, Civ. A. No. 19-2292 (E.D. Pa.); *Kornafel v. U.S. Postal Serv.*, Civ. A. No. 99-6416 (E.D. Pa.); *Kornafel v. United States*, Civ. A. No. 00-3250 (E.D. Pa.); *Kornafel v. U.S. Government*, Civ. A. No. 96-7436 (E.D. Pa.); and *Kornafel v. U.S. Government*, Civ. A. No. 95-6670 (E.D. Pa.); namely that the litigation and settlement of a March 11, 1992 motor vehicle accident involving a postal service vehicle resulted in an abuse of process, deceit, bias, and other irregularities.

2.  The Clerk of Court **SHALL NOT DOCKET** any new case filed by Kornafel that raises any claims covered by this injunction.

3.  If Kornafel submits any new cases to this Court that are covered by this injunction, the Clerk of Court is **DIRECTED** to return those papers to Kornafel along with a copy of this Order.  If Kornafel submits a new Complaint that is only partially covered by this injunction, the Clerk of Court **SHALL** return the filing to Kornafel without docketing it.  In such

2

a case, Kornafel may resubmit the filing for docketing so long as it only raises claims that are not covered by this injunction.

**BY THE COURT:**

*/s/* **C. Darnell Jones, II**
**C. DARNELL JONES, II, J.**
